# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1990
L.T. Case No. 2020-CF-1603

_____

CHRISTOPHER K. PLEDGER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County,
Hon. Don H. Lester, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and WALLIS and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————